# FILED
## UNDER
# SEAL

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
RACHEL KENT
Special Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6270

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-00811-DJA-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| SALVADOR HERNANDEZ | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Coughlin, U. S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 24th day of January, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By   /S/                      .
    RACHEL KENT
    Assistant U. S. Attorney

PS 8
(Revised 12/04)

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEVADA

U.S.A. vs. SALVADOR HERNANDEZ                                         Docket No 2:19-mj-00811-DJA-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Alicia Coughlin, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Salvador Hernandez. The defendant initially appeared on October 28, 2019, before Your Honor and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision within 24 hours after Henderson matter is resolved.
2. The defendant shall maintain residence at current address and may not move prior to obtaining permission from the Court, Pretrial Services, or supervising officer.
3. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
4. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
5. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
6. The defendant shall refrain from the excessive use of alcohol.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. Mr. Hernandez failed to report by telephone as scheduled on December 1, 2019 and December 15, 2019.
2. Mr. Hernandez failed to call the drug testing line on November 22, 2019; November 23, 2019; December 7, 2019; December 8, 2019; December 22, 2019; December 27, 2019; December 29, 2019; January 4, 2020; January 5, 2020; January 10, 2020; and January 22, 2020.
3. Mr. Hernandez failed to report for random drug and alcohol testing on December 17, 2019 and January 22, 2020.
4. On December 18, 2019, Pretrial Services learned that the defendant made a change of residence without first obtaining permission from the Court, Pretrial Services, or supervising officer.
5. On January 1, 2020, Pretrial Services learned that the defendant made a change of residence without first obtaining permission from the Court, Pretrial Services, or supervising officer.
6. On January 15, 2020, Pretrial Services learned that the defendant made a change of residence without first obtaining permission from the Court, Pretrial Services, or supervising officer.

PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 24th day of January, 2020. |
|---|---|
| Considered and ordered this 30th day of January, 2020 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |
| _____ <br> Honorable Daniel J. Albregts <br> U.S. Magistrate Judge | /s/ Alicia Coughlin <br> Alicia Coughlin <br> U.S. Pretrial Service Officer <br> Place: <u>Las Vegas, Nevada</u> |