RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Salvador Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SALVADOR HERNANDEZ,<br><br>    Defendant. | Case No. 2:19-mj-00811-DJA<br><br>**ORDER TO CONTINUE STATUS CHECK HEARING**<br>(Fourth Request) |

In compliance with this Court's minute order, ECF No. 26, it is hereby stipulated and agreed by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Salvador Hernandez, that the Status Check Hearing be continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Hernandez has two outstanding conditions to complete: (1) pay $1150 fine; and (2) complete DUI School with VIP. ECF No. 17.

2.      Mr. Hernandez is currently employed as an iron worker for Span Construction.  He works over 60 hours per week.  The job requires extended travel for months at a time.  Mr. Hernandez has been working in Illinois and is soon moving to Ohio for the next construction project.  Because of the demands of the work, he has limited time to return home.  As a result, he has not completed the DUI class and is requesting an additional 60 days to complete that requirement.

3.      Mr. Hernandez has stated he mailed the check to pay his fine on or around May 14, 2021.  Defense counsel will continue to check in to see if the balance is cleared.

4.      The defendant is not in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance

This is the fourth request for a continuance of the status check hearing.

DATED this 25th day of May 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Rachel Kent<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SALVADOR HERNANDEZ,<br><br>          Defendant. | Case No. 2:19-mj-00811-DJA<br><br>ORDER |

IT IS ORDERED that the Status Check Hearing be continued to _____ September 30, 2021, at 1:30 p.m. in Courtroom 3A.

DATED this 27th day of May 2021.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

3