RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Salvador Hernandez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SALVADOR HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 2:19-mj-00811-DJA<br><br>**JOINT STIPULATION TO CLOSE CASE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Acting United States Attorney Christopher Chiou and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Salvador Hernandez, that the case be closed.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On February 12, 2020, Mr. Hernandez pled guilty to the charge of Operating or being in Actual Physical Control of a Motor Vehicle while under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1). ECF No. 17.  This Court sentenced Mr. Hernandez to one year of unsupervised probation with the following conditions:  (1) pay a $1140.00 Fine and

$10 Assessment; (2) complete DUI School with Victim Impact Panel; (3) complete 8 hours alcohol awareness class; (4) not to violate any local, state, or federal laws; and (5) stay out of Lake Mead National Recreational Area for a period of 6 months.  The remaining charges were dismissed.

      2.     Defendant has successfully completed the conditions.  Defendant has paid the $1140 fine and $10 assessment, completed a DUI and VIP course, and has reported he has not violated any local, state, or federal laws and that he did not enter the Lake Mead National Recreation from February 2020 to October 2021.

      3.     The Government is satisfied Defendant has completed the conditions of his sentencing.

      4.     Because Defendant has successfully completed the terms of his sentencing, the parties request the Court that the case be closed.

DATED this 5th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SALVADOR HERNANDEZ,<br><br>        Defendant. | Case No. 2:19-mj-00811-DJA<br><br>ORDER |

**ORDER**

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of his sentencing.

IT IS THEREFORE ORDERED that the case is closed.

DATED this  6th  day of October 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3